**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7700**

---

MICHAEL RAY WILLIAMS,

                                    Plaintiff - Appellant,

          versus

THEODIS BECK, Secretary of Corrections; BOYD
BENNETT, Director of Prisons; JOHN AND JANE
DOES, Utilization Review Board; CURTIS BOWE,
P.A.; MARVIN L. POLK; PAULA SMITH,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (CA-03-708-5-FL)

---

Submitted:  February 19, 2004          Decided:  February 26, 2004

---

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael Ray Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Ray Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Beck, No. CA-03-708-5-FL (E.D.N.C. Oct. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED